judicial tribunals in this State in accordance with Maryland Rule 16–772(d).

114 A.3d 708

**ATTORNEY GRIEVANCE COMMISSION OF MARYLAND**

v.

**John T. HAMILTON, Jr.**

**Misc. Docket AG Nos. 18, Sept. Term, 2013, 3, Sept. Term, 2014.**

Court of Appeals of Maryland.

May 13, 2015.

Amy S. Paulick, Assistant Bar Counsel (Glenn M. Grossman, Bar Counsel, Attorney Grievance Commission of Maryland), for Petitioner.

No argument on behalf of the respondent.

Argued before: BARBERA, C.J., HARRELL, BATTAGLIA, GREENE, ADKINS, McDONALD, WATTS, JJ.

**PER CURIAM ORDER.**

For reasons to be stated in an opinion later to be filed, it is this 13th day May 2015,

ORDERED, by the Court of Appeals of Maryland, that the Respondent, John T. Hamilton, Jr., be, and he is hereby, disbarred, effective immediately, from the further practice of law in the State of Maryland; and it is further

ORDERED that the Clerk of this Court shall strike the name of John T. Hamilton, Jr. from the register of attorneys, and pursuant to Maryland Rule 16–760(e), shall certify that fact to the Trustees of the Client Protection Fund and the clerks of all judicial tribunals in the State; and it is further

ORDERED that Respondent shall pay all costs as taxed by the Clerk of this Court, including the costs of all transcripts, pursuant to Maryland Rule 16–761(b), for which sum judgment is entered in favor of the Attorney Grievance Commission of Maryland against John T. Hamilton, Jr.